# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135675

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SUZANNE YALDO,
　　　　　Plaintiff-Appellee,

v

TONY YALDO,
　　　　　Defendant-Appellant.

SC: 135675
COA: 277694
Oakland CC: 2004-693214-DM
2004-693214-EM

_____/

　　　　On order of the Court, the application for leave to appeal the December 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

Clerk

p0421